In the United States

District Court For

RECEIVED
JUN 23 2020
PRO SE OFFICE

Petitioner
Alexander MD
Tiggs
Defendant State of Maryland

Civil Rights 1983

I petitioner files this petition against the state of Maryland Government for harrassment and discrimination. I have filed numerous cases in the state Government and they refuse to give a ruling or file paperwork citing get a attorney or pay fees Denying me of the first, fourth 14th amendment and state statutes and constitution and the Declaration of Independence on I in January of 2020 I

Motion to waive fees for I am below the poverty level and I recieve SSI and I worker for all government so please waive the fees and I enclose 100.00 please waive the rest of the fees for I ask this court to try this case here because the state is against me side in the civil war

filed a writ for actual Innocence in case 816)8005 and they refuse to order the state to answer in 90 Days, and they had seven years, Also in Baltimore County case 03K05-3414 I filed a writ for actual innocence and they refuse to give a ruling in 90 days and they had aer 20 years. And in the count of special appeals I filed a case 816)800135 and they refuse to give a ruling in 90 sending threatening mail stating in the court of special

appeals I live in a abonded house & that is why they violated the fourth amendment and I was on probation from 2002 to 2013 and all government had me listed at that house which I own. Petitioner ask for at least 400,000 and let the judge make a ruling for payment. I cannot file a claim for everytime I file a claim they make up lies and harrass me.

/Alexander Jiggetts
Alexander Jiggetts
06/10/20

It not send to appropriate court that wont accept my pleading cause it has been taken over by the state. I am enclosing a copy of one of the petitions for most of my stuff has been stolen.

Now this behavior has been continuing because for the past twenty years I have suffered by wrongful sentences and harrassment because I charged so this is a continuous act which no claim need to be filed.

